**Frank MANGER, Appellant,**

v.

**James MILLER, Appellee.**

Court of Appeals of Kentucky.

Oct. 18, 1957.

Sidney Hannish, Hannish & Hannish, Louisville, for appellant.

Edward J. Hogan, Louisville, for appellee.

PER CURIAM.

Frank Manger obtained a judgment by default in the sum of $2,610 against James Miller for injuries arising from an auto collision. Upon motion of Miller, the default judgment was set aside. A jury trial was had and judgment for $350 in favor of Manger was rendered.

The record and briefs have been considered and no reversible error has been found. The motion for appeal is overruled and the judgment is affirmed.